FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -6  PM 4: 24

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CRAIG GARRISON | CIVIL ACTION |
| VERSUS | NUMBER: 06-1246 |
| HARRY LEE, SHERIFF, JEFFERSON PARISH CORRECTIONAL CENTER | SECTION: "K"(5) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed with prejudice under 28 U.S.C. §1915(E)(2)(B)(i) and (ii).

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No_____

CA 06-1246 K(5)

New Orleans, Louisiana, this 6th day of Mar/            , 2006.

_____
UNITED STATES DISTRICT JUDGE